UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERI R. MILLER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:12-CV-809

Hon. Gordon J. Quist

# ORDER APPROVING
# REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by Magistrate Judge Green on August 2, 2017. The Report and Recommendation was duly served on the parties and no objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the August 2, 2017, Report and Recommendation (ECF No. 31) is **approved and adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motions for attorney's fees (ECF Nos. 23 and 26) are **GRANTED**. Plaintiff's counsel is awarded attorney's fees in the amount of $7,903.25, payable from Plaintiff's award of past-due benefits.

Dated: August 23, 2017

        /s/ Gordon J. Quist
        GORDON J. QUIST
        UNITED STATES DISTRICT JUDGE